# United States District Court

for the
Southern District of Indiana

| | |
|---|---|
| JOANNA PRICE, Individually, and as Natural Parent and Legal Guardian of A.P., W.P., and D.P., <br><br> *Plaintiffs,* <br><br> vs. <br><br> CALLAND AG TRANSPORT, LLC and JEFFREY L. GRAY, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 1:20-cv-943 |

**SUMMONS IN A CIVIL ACTION**

TO:   Calland AG Transport, LLC and Jeffrey L. Gray

   Calland AG Transport, LLC
   c/o R. Paul Calland, Registered Agent
   4977 Idle Road
   Urbana, OH  43078

   Jeffrey L. Gray
   120 Arlington Avenue
   Lancaster, OH  43130

   A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiffs or plaintiffs' attorney, whose name and address are:

M. Michael Stephenson
Brady J. Rife
Dennis E. Harrold
Sean R. Roth
Stephenson Rife LLP
2150 Intelliplex Drive, Suite 200
Shelbyville, IN  46176

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
                                 *Signature of Clerk or Deputy Clerk*

{02004722-1 }

Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____    _____
*Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.